IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

G.T. by his Parents Michelle and Jamie T.,
K.M. by his Parents Danielle and Steven M.,
*on behalf of themselves and all similarly
situated individuals*, and THE ARC OF
WEST VIRGINIA,

Civil Action No. 2:20-cv-00057

Judge Irene C. Berger

Plaintiffs,

v.

THE BOARD OF EDUCATION OF THE
COUNTY OF KANAWHA,

Defendant.

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

NOW COME Plaintiffs G.T., by his Parents Michelle and Jamie T., K.M., by his parents Danielle and Steven M., on behalf of themselves and all similarly situated individuals, and The ARC of West Virginia, by counsel, and pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(2), to move this Honorable Court to certify this proceeding as a class action. Based upon this motion, the complaint, and the authorities and principles discussed in Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification, Plaintiffs ask this Court to certify a Plaintiff class for declaratory and injunctive relief, defined as follows:

> All Kanawha County Schools students with disabilities who need behavior supports and have experienced disciplinary removals from any classroom.

1

As set forth in the attached exhibits and accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, the named Plaintiffs meet the requirements for certification of a class under Federal Rule of Civil Procedure 23(a), including numerosity, common questions of law and fact, common claims, typicality, and that "the representative parties will fairly and adequately protect the interests of the class." Moreover, this class is appropriate for certification under Federal Rule of Civil Procedure 23(b)(2), as the defendant "has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole." Fed. R. Civ. P. 23(b)(2). (*See* Exhibits 1 through 38, attached hereto.)

Undersigned counsel also request to be appointed as counsel for the class pursuant to Federal Rule of Civil Procedure 23(g), based upon the facts set forth in Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification, and in class counsels' individual supporting declarations. (*See* Decl. of Lydia C. Milnes, attached as Ex. 33; Decl. of Lori Waller, attached as Ex. 34; Decl. of Ira A. Burnim, attached as Ex. 35; Declaration of Shira Wakschlag, attached as Ex. 36; Decl. of Robin Hulshizer, attached as Ex. 37.)

**WHEREFORE**, Plaintiffs, who bring this action to address widespread, systemic failures by Defendants to provide adequate behavior supports to children with disabilities to ensure education in the least restrictive environment, respectfully request that this Court certify the class and subclass as stated above.

**Respectfully Submitted,**

**Plaintiffs G.T. and K.M., on behalf of themselves and all other similarly situated individuals, and The Arc Of West Virginia,**

**By Counsel.**

/s/ *Lydia C. Milnes*

Lydia C. Milnes (WVSB No. 10598)
Blaire L. Malkin (WVSB No. 10671)
Mountain State Justice, Inc.
1217 Quarrier Street
Charleston, West Virginia 25301
Telephone: (304) 344-3144

Lori Waller (WVSB No. 11303)
Disability Rights West Virginia
1207 Quarrier Street, Suite 400
Charleston, West Virginia 25301-1845

Robin Hulshizer (IL Bar No. 6230994)
Kirstin Scheffler Do (IL Bar No. 6315311)
Karen Klass (IL Bar No. 6327168)
Jaime Zucker (IL Bar No. 6333596)
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700

Ira A. Burnim (DC Bar No. 406154)
Lewis Bossing (DC Bar No. 984609)
Judge David L. Bazelon Center for Mental Health Law
1090 Vermont Avenue NW, Suite 220
Washington, D.C. 20005

Shira Wakschlag (DC Bar No. 1025737)
The Arc of the United States
1825 K Street NW, Suite 1200
Washington, D.C. 20006

*Counsel for Plaintiff*