# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

G.T. by his Parents Michelle and Jamie T.,
K.M. by his Parents Danielle and Steven M.,
*on behalf of themselves and all similarly situated individuals*, and THE ARC OF WEST VIRGINIA,

Civil Action No. 2:20-cv-00057

Judge Irene C. Berger

Plaintiffs,

v.

THE BOARD OF EDUCATION OF THE COUNTY OF KANAWHA,

Defendant.

**EXHIBIT INDEX TO MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

| Exhibit No. | Description |
|---|---|
| Exhibit 1. | Declaration of Dr. Steven Raphael, Ph.D. |
| Exhibit 2. | Declaration of Dr. Judy Elliott, Ph.D. |
| Exhibit 3. | Declaration of Dr. Sara Boyd, Ph.D. |
| Exhibit 4. | Declaration of Michelle T. |
| Exhibit 5. | Declaration of Danielle M. |
| Exhibit 6. | Declaration of Kristina E. |
| Exhibit 7. | Declaration of Rajahnea P. |
| Exhibit 8. | Declaration of Jennifer M. |
| Exhibit 9. | Declaration of Diana B. |
| Exhibit 10. | Declaration of Christina Smith, former Executive Director of the Arc of West Virginia |
| Exhibit 11. | Declaration of Elizabeth Ford, Executive Director of the Arc of West Virginia |
| Exhibit 12. | 504 Student Spreadsheet, September 30, 2020 [Under Seal] |
| Exhibit 13. | Zoom WV: Kanawha District Profile, West Virginia Department of Education (WVDOE) |

| Exhibit 14. | KCBOE 000001, "Pt 1 & Pt 2 KCBOE #000001 SPREADSHEET 3-29-2021-2 with highlights" " (Mar. 29, 2021) [Under Seal] |
|---|---|
| Exhibit 15. | KCBOE 001644-2205 [Under Seal] |
| Exhibit 16. | West Virginia Child Count Data by District and School Year" (Feb. 23, 2021) |
| Exhibit 17. | Civil Rights Data Collection, "Kanawha County Schools: Instances of Corporal Punishment and Suspensions," and "Kanawha County Schools: LEA Summary of Selected Facts," U.S. Department of Education Office of Civil Rights |
| Exhibit 18. | D.J. Losen, et al., *Disabling Inequity: The Urgent Need for Race-Conscious Resource Remedies* (2021), p. 28 & Table 2 |
| Exhibit 19. | Lena V. Groeger et al., "Miseducation: All Schools in Kanawha County School District," ProPublica (Oct. 16, 2018) |
| Exhibit 20. | Susan Beck, "Memorandum: Changes in the Regulation of Significant Disproportionality Calculations" West Virginia Department of Education Office of Special Education and Student Support (Oct. 23, 2019) |
| Exhibit 21. | KCSKP0022143: January 6, 2020 Email re: Student Behavior [Under Seal] |
| Exhibit 22. | KCSKP0034456: January 27, 2020 Email re: Student Behavior [Under Seal] |
| Exhibit 23. | Email from Rick Boothby, "Re: Special Education student headcount for KCS" (March 1, 2021) |
| Exhibit 24. | Ryan Quinn, "Study: Black Students Disproportionately Punished in WV Schools," Charleston Gazette-Mail (Aug. 25, 2015) |
| Exhibit 25. | Ryan Quinn, "State Education Officials Pledge to Reduce Discipline Disparity Between Black, White Students," Herald-Dispatch (Feb. 22, 2021) |
| Exhibit 26. | U.S. Dep't of Educ., Dear Colleague Letter on the Inclusion of Behavioral Supports in Individualized Education Programs 4 (IEPs) (Aug. 1, 2016). |
| Exhibit 27. | Excerpted Due Process Hearing Transcript for Matter D19-018 G.T., August 19, 2019 |
| Exhibit 28. | Excerpted Due Process Hearing Transcript for Matter D19-20 K.M., October 28, 2019 |
| Exhibit 29. | Decision for Due Process Matter D19-20 K.M., February 10, 2020 |
| Exhibit 30. | Excerpted Deposition Transcript of Dr. Kate Porter, December 4, 2020 |
| Exhibit 31. | Excerpted Deposition Transcript of Zachary Hanshaw, March 31, 2021 |
| Exhibit 32. | Excerpted Deposition Transcript of Holly Samples, April 1, 2021 |

| | |
|---|---|
| Exhibit 33. | Declaration of Plaintiffs' Counsel Lydia C. Milnes, Mountain State Justice, Inc. |
| Exhibit 34. | Declaration of Plaintiffs' Counsel Lori Waller, Disability Rights West Virginia |
| Exhibit 35. | Declaration of Plaintiffs' Counsel Ira A. Burnim, Judge David L. Bazelon Center for Mental Health Law |
| Exhibit 36. | Declaration of Plaintiffs' Counsel Shira Wakschlag, The Arc of the United States |
| Exhibit 37. | Declaration of Plaintiffs' Counsel Robin Hulshizer, Latham & Watkins LLP |
| Exhibit 38. | Declaration of Plaintiffs' Counsel J. Zucker, Latham & Watkins LLP with Exhibits A-H |
| Exhibit 38-A. | KCBOE 000001 Spreadsheet [Under Seal] |
| Exhibit 38-B. | September 21, 2020 Email from R. Boothby to J. Zucker |
| Exhibit 38-C. | September 23, 2020 Email from R. Boothby to J. Zucker |
| Exhibit 38-D. | KCBOE 000001 Spreadsheet (Revised) [Under Seal] |
| Exhibit 38-E. | March 8, 2021 Email from R. Boothby to J. Zucker |
| Exhibit 38-F. | March 12, 2021 Email from R. Boothby to J. Zucker |
| Exhibit 38-G. | April 8-9, 2021 Email from R. Boothby to J. Zucker |
| Exhibit 38-H. | February 22, 2021 Email from R. Boothby to J. Zucker |