FILED: September 5, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2286
(2:20-cv-00057)

_____

G.T., by his parents MICHELLE and JAMIE T., on behalf of himself and all similarly situated individuals; K.M., by his parents DANIELLE M and STEVEN M., on behalf of themselves and all similarly situated individuals; THE ARC OF WEST VIRGINIA

  Plaintiffs - Appellees

v.

THE BOARD OF EDUCATION OF THE COUNTY OF KANAWHA

  Defendant - Appellant

 and

KANAWHA COUNTY SCHOOLS; RON DUERRING, Superintendent, Kanawha County Schools, in his official capacity

  Defendants

------------------------------

FORMER U.S. DEPARTMENT OF EDUCATION OFFICIALS; CIVIL LAW PROFESSORS; TWELVE LEADING NATIONAL DISABILITY RIGHTS ORGANIZATIONS; MEMBERS AND ALLIES OF THE NATIONAL EDUCATION CIVIL RIGHTS ALLIANCE

  Amici Supporting Appellees

_____

JUDGMENT

_____

In accordance with the decision of this court, the certification order of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK