**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**Charleston Division**

G.T., *by his parents Michelle and Jamie T.*
*on behalf of themselves and all similarly situated*
*individuals*, et al.,

       Plaintiffs,

v.

THE BOARD OF EDUCATION OF
THE COUNTY OF KANAWHA,

       Defendant.

          CIV. ACT. NO. 2:20-CV-00057
          JUDGE BERGER

**JOINT MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES**

COME NOW Plaintiffs G.T., K.M., and The Arc of West Virginia ("Plaintiffs"), by and through counsel, and Defendant the Board of Education of the County of Kanawha ("Defendant"), by counsel, and pursuant to Fed. R. Civ. P. 16(b)(4), jointly move this Court for a brief extension of expert disclosure deadlines set by the Second Amended Scheduling Order (ECF No. 183). In support thereof, the parties state as follows:

1.      Plaintiffs' experts are working against several competing deadlines in other matters. This has made it especially difficult to schedule time to meet with the named plaintiffs and their families, who are also restricted by full-time employment and child care. In light of conflicting schedules and obligations, Plaintiffs' experts need four additional days to meet with the named plaintiffs and prepare their reports.

2.      On April 16, 2025, Plaintiffs contacted Defendant's counsel requesting Defendant agree to a four day extension to Plaintiffs' expert disclosure deadline. In exchange, Plaintiffs agreed to stipulate to a similar extension of Defendant's expert disclosure deadline from May 21,

2025 to May 27, 2025 and proposed the parties extend their deadline for rebuttal reports from June 18, 2025 to June 23, 2025. On April 17, 2025, Defendant informed Plaintiffs it does not object to the reciprocal four-day extension.

3.    This limited extension will not implicate any other deadlines in the Second Amended Scheduling Order.

4.    Accordingly, the parties respectfully request that the last day for Plaintiffs to disclose expert witnesses and the accompanying written reports be extended from April 21, 2025 to **April 25, 2025**, the last day for Defendant to disclose expert witnesses and the accompanying written reports be extended from May 21, 2025 to **May 27, 2025**, and the last day for expert disclosures intended solely to contradict or rebut evidence identified by the other party from June 18, 2025 to **June 23, 2025**.

| Report | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Expert Disclosures | April 21, 2025 | April 25, 2025 |
| Defendant's Expert Disclosures | May 21, 2025 | May 27, 2025 |
| Rebuttal Reports | June 18, 2025 | June 23, 2025 |

Therefore, the parties respectfully request that the Court grant their joint motion to extend the expert disclosure deadlines in accordance with the schedule outlined above.

Respectfully submitted by:

Plaintiffs G.T., *et al.,*

By counsel:

*/s/ Lydia C. Milnes*
Lydia C. Milnes (WVSB #10598)

2

Blaire L. Malkin (WVSB #10671)
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, West Virginia 25301
Telephone: (304) 344-3144

Robin Hulshizer (IL Bar ID No. 6230994)
Kirstin Scheffler Do (IL Bar ID No. 6315311)
Karen Frankenthal (IL Bar ID No. 6327168)
Jaime Zucker (IL Bar ID No. 6333596)
Latham & Watkins LLP
330 N. Wabash Avenue, Suite 2800
Chicago, Illinois 60611

Ira A. Burnim (DC Bar No. 406154)
Judge David L. Bazelon Center for Mental
Health Law
1101 15th Street NW, Suite 205
Washington, DC 20005

Shira Wakschlag (DC Bar No. 1025737)
Evan Monod (DC Bar No. 1764961)
The Arc of the United States
2000 Pennsylvania Ave., NW, Suite 500
Washington, DC 20006

Agreed to by:

*/s/ William M. Lorensen*
J. Mark Adkins (WVSB #7414)
Richard S. Boothby (WVSB #9572)
Gabriele Wohl (WVSB #11132)
William M. Lorensen (WVSB #13223)
BOWLES RICE LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 347-1100
Fax: (304) 347-1756
madkins@bowlesrice.com
rboothby@bowlesrice.com
gwohl@bowlesrice.com
wlorensen@bowlesrice.com

*Counsel for Defendant The Board of Education of the County of Kanawha*