# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

**G.T.,** *by his Parents*
**MICHELLE** *and* **JAMIE T.,**
*on behalf of himself and all similarly situated individuals, and*
**K.M.,** *by his Parents*
**DANIELLE M.** *and* **STEVEN M.,**
*on behalf of themselves and all similarly situated individuals, and*
**THE ARC OF WEST VIRGINIA,**

        **Plaintiffs,**

vs.                                     Civil Action No. 2:20-cv-00057

**THE BOARD OF EDUCATION OF THE COUNTY OF KANAWHA,**

        **Defendant.**

## ORDER

Pending before the Court is the ***Joint Motion for Extension of Expert Disclosure Deadlines*** (ECF No. 211) to allow for a four day extension to the Plaintiffs' expert disclosure deadline, as well as a reciprocal four day extension to the Defendant's disclosure deadline; the parties represent that no other deadlines would be implicated by this limited extension. Finding good cause for the request, the undersigned **GRANTS** the ***Joint Motion for Extension of Expert Disclosure Deadlines*** (ECF No. 211).

The Clerk is requested to distribute a copy of this Order to all counsel of record.

**ENTER: April 18, 2025.**



Omar J. Aboulhosn
United States Magistrate Judge